**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6618

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHAHBORN EMMANUEL,

Defendant - Appellant.

No. 06-7018

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHAHBORN EMMANUEL,

Defendant - Appellant.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Lacy H. Thornburg, District Judge. (3:97-cr-00288)

Submitted: August 24, 2006          Decided: August 30, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Shahborn Emmanuel, Appellant Pro Se.  Gretchen C. F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Shahborn Emmanuel, a federal inmate, appeals district court orders denying his motion for sentencing credit and denying his motion for a transcript. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. See <u>United States v.</u> <u>Emmanuel</u>, No. 3:97-cr-00288-ALL (W.D.N.C. Feb. 24, 2006 & filed May 18, 2006; entered May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>